Case No. 25-1974

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CONRAD ROCKENHAUS

    Defendant - Appellant

  It is **ORDERED** that this appeal be, and it hereby is, expedited for briefing and submission. Accordingly, counsel is directed to docket the transcript order entry by **November 4, 2025**. The court reporter is directed to complete the transcript, upon satisfactory financial arrangements, no later than **November 25, 2025**.

  No extensions of time will be granted for any of the requirements, absent extraordinary circumstances, which must be established by motion.

                                              **ENTERED PURSUANT TO RULE 45(a),**
                                              **RULES OF THE SIXTH CIRCUIT**
                                              Kelly L. Stephens, Clerk

Issued: October 28, 2025