# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: October 30, 2025

Mr. Conrad Rockenhaus  
Federal Detention Center  
Box 1000  
Taylor, MI 48160

    Re: Case No. 25-1974  
         *USA v. Conrad Rockenhaus*  
         Originating Case No. 2:23-cr-20701-1

Dear Mr. Rockenhaus,

   Your notice of appeal was received in the district court without your signature. Please sign and return *to this Court* the enclosed copy of your notice of appeal. The deadline for returning this document to the above address is **November 13, 2025.**

   Failure to comply may result in the dismissal of this appeal without further notice.

                               Sincerely yours,

                               s/Kelly Stephens

                               Appeal Case Manager: Roy  
                               Direct Dial No. 513-564-7016

cc: Ms. Corinne M. Lambert  
     Mr. Sanford Plotkin

Enclosure