IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.        C.A. No. 25-1974

CONRAD ROCKENHAUS,

    Defendant-Appellant.
_____/

MOTION TO WITHDRAW AND
APPOINT SUBSTITUTE COUNSEL

    NOW COMES Counsel for the Appellant-Defendant, Sanford Plotkin, and moves this Court to enter and Order permitting him to withdraw as appellate counsel and appoint substitute counsel. In support of this Motion, counsel states the following:

    1. This is an appeal from the Judgment on the Violation of Supervised Release..

    2. The undersigned counsel was appointed to represent the Appellant at sentencing, after he pleaded guilty to the allegations with prior retained counsel.

3. The Appellant informed counsel that he wanted to proceed with the sentencing.

4. The Appellant was sentenced to a six month term of imprisonment, based on an advisory range of 5-11 months. The Court terminated any further supervision.

5. Appellant has since ceased all communications with the undersigned counsel.

6. Defendant-Appellant's wife, Adrienne Rockenhaus, has since posted disparaging comments regarding this counsel on her X account.

7. Further, Adrienne Rockenhaus publicly posted on her X account a Corrlinks email she received from Defendant-Appellant alleging that this counsel did not represent his best interests, and that this counsel rendered ineffective assistance of counsel.

8. Defendant-Appellant's distrust and displeasure with this counsel's representation render counsel incapable of continuing effective representation in this matter.

9. Substitution of counsel is both necessary and in the best interests of justice.

WHEREFORE, Counsel respectfully requests this Court to grant this motion, allow counsel herein to withdraw from this appeal, and to appoint a panel attorney to represent Appellant.

Respectfully Submitted,

Sanford Plotkin
Attorney for Defendant-Appellant

/s  Sanford Plotkin (P38691)
30445 Northwestern Hwy., Ste. 225
Farmington Hills, MI  48334
248-798-5756
sanfordplotkin@gmail.com

Dated:  October 29, 2025

## CERTIFICATE OF SERVICE

It is hereby certified that on October 30, 2025, I served a copy of counsel's Motion to Withdraw as Counsel upon Appellant Rockenhaus, as well as notification of his requirement to reply, if chosen to, within 14 days of receipt,  via First Class Mail at :

Conrad Rockenhaus/39400-480

FCI Milan

Box 1000

Milan, MI  48160