UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-1974**

Case Title: **United States of America** vs. **Conrad Rockenhaus**

List all clients you represent in this appeal:

> **Conrad Rockenhaus**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Benton C. Martin**     Signature: s/ **Benton C. Martin**

Firm Name: **Federal Community Defender Office**

Business Address: **613 Abbott St. Ste 500**

City/State/Zip: **Detroit, Michigan 48226**

Telephone Number (Area Code): **(313) 967-5832**

Email Address: **benton_martin@fd.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---