

**FILED**
OCT 24 2025
CLERK'S OFFICE
DETROIT

**RECEIVED**
NOV 07 2025
KELLY L. STEPHENS, Clerk

Form 1A

**Notice of Appeal to a Court of Appeals From a Judgment of a District Court**

United States District Court for the  Eastern 
District of  Michigan 
Docket Number  2:23-cr-20701 

United States of America
         , Plaintiff
v.
Conrad Rockenhaus
        , Defendant

Notice of Appeal

Conrad Rockenhaus (name all parties taking the appeal)* appeal to the United States Court of Appeals for the  Sixth  Circuit from the final judgment entered on  10-20-25  (state the date the judgment was entered).

Signed 10-23-25
(s) _C. Rockenh_____
*Next friend for* CONRAD ROCKENHAUS
*Address*:  FCI MILAN 
P.O. BOX 1000, MILAN, MI 48160

*[Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.]*

---

* See Rule 3(c) for permissible ways of identifying appellants.

Conrad Rockenhaus
NAME
39400-480
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

**RECEIVED**

NOV 07 2025

KELLY L. STEPHENS, Clerk

METROPLEX MI 480

5 NOV 2025 PM 16 L



17

United States Court of App
For the Sixth Circuit
100 East Fifth Street, Room 5
Potter Stewart US Courthouse
Cincinatti, OH 45202-398

45202-394540