IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,      Ca. No. 25-1974

    v.

CONRAD ROCKENHAUS,

    Defendant-Appellant.
_____/

**MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

    Benton Martin of the Federal Defender Office in Detroit, Michigan, counsel for Conrad Rockenhaus, asks this Court to grant substitution of counsel in this appeal. He further states the following:

    1.    This is Conrad Rockenhaus's direct appeal from a sentence of six months imposed for a supervised release violation.

    2.    On October 30, 2025, prior counsel Sanford Plotkin moved to withdraw after Rockenhaus's wife posted disparaging remarks about him on social media. Undersigned counsel entered an appearance October 31, 2025, and ordered transcripts. Those transcripts are still in the process of being prepared.

1

3. Counsel met with Rockenhaus with videoconferencing on November 4, 2025, and has maintained email correspondence since then. On November 19, 2025, counsel received via email a lengthy document written by Rockenhaus's wife—that appears to have also been sent to this Court—accusing undersigned counsel of misconduct and of having a conflict of interest. The document asks that this Court remove undersigned counsel immediately and appoint conflict-free counsel from outside Michigan. Counsel confirmed via email that Rockenhaus himself agrees with his wife's accusations and he demanded that counsel file his wife's document.

4. Under Sixth Circuit Rule 12(c)(4)(D), it would be "unethical, unfair, or unreasonable" to have undersigned counsel continue to represent Rockenhaus in this appeal given the allegations of misconduct and a conflict of interest. Counsel believes that it is in Rockenhaus's best interest to have new counsel appointed from outside the Eastern District of Michigan.

Accordingly, counsel respectfully requests that this Court grant this motion, allow counsel to withdraw from this appeal, and that this Court appoint an outside panel attorney to represent Rockenhaus.

                                              Respectfully Submitted,

                                              FEDERAL DEFENDER OFFICE

                                              <u>s/ Benton Martin</u>
                                              Attorney for Conrad Rockenhaus
                                              613 Abbott Street, 5th Floor
                                              Detroit, Michigan  48226
                                              313-967-5832
                                              benton_martin@fd.org

Date: November 20, 2025

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,          Ca. No. 25-1974

v.

CONRAD ROCKENHAUS,

    Defendant-Appellant.

_____/

## NOTICE AND CERTIFICATE OF SERVICE

Notice is hereby given that undersigned counsel has filed a motion to withdraw as counsel in this matter, and that Appellant Conrad Rockenhaus is hereby notified, that pursuant to 6th Cir. R. 12(c)(4)(D), he has fourteen (14) days from the date of service of said motion, within which to file a response to the United States Court of Appeals for the Sixth Circuit at 100 East Fifth Street, Room 532, Potter Stewart U.S. Courthouse, Cincinnati, OH 45202-3988.

I hereby certify that on November 20, 2025, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated

on the electronic filing receipt. All other parties will be served by regular U.S. Mail, including Appellant Conrad Rockenhaus, USM # 39400-480, FCI Milan, P.O. Box 1000, Milan, Michigan 48160. Parties may access this filing through the Court's system.

                                      Respectfully submitted,

                                      FEDERAL DEFENDER OFFICE

                                      <u>s/ Benton Martin</u>  
                                      Attorney for Conrad Rockenhaus  
                                      613 Abbott Street, 5th Floor  
                                      Detroit, Michigan  48226  
                                      313-967-5832  
                                      E-mail: benton_martin@fd.org

Date: November 20, 2025