Case No. 25-1974

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CONRAD ROCKENHAUS

    Defendant - Appellant

Upon consideration of the motion of Benton C. Martin to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

                                                **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: November 25, 2025