# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 11/25/2025.

**Case Name:** USA v. Conrad Rockenhaus
**Case Number:** 25-1974

**Docket Text:**
ORDER filed granting motion to withdraw as counsel [7445013-2] filed by Mr. Benton C. Martin. New counsel will be appointed under the Criminal Justice Act.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Conrad Rockenhaus
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Ms. Corinne M. Lambert
Mr. Benton C. Martin