**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 26, 2025

Ms. Kaycee Berente
Federal Public Defender's Office
10 W. Broad Street, Suite 1020
Columbus, OH 43215

Ms. Corinne M. Lambert
Office of the U.S. Attorney
Eastern District of Michigan
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Re: Case No. 25-1974, *USA v. Conrad Rockenhaus*
Originating Case No. 2:23-cr-20701-1

Dear Counsel,

Upon consideration of the anticipated completion of transcript on December 1, 2025, the EXPEDITED briefing schedule for this case has been reset and the briefs listed below must be filed electronically with the Clerk's office no later than these dates.

| | |
|---|---|
| Appellant Brief | Filed electronically by **December 11, 2025** |
| Appellee Brief | Filed electronically by **December 22, 2025** |
| Appellant Reply Brief (Optional) | Filed electronically **7** days after the appellee's brief is filed. See Fed. R. App. P. 26(c) |

The Federal Rules of Appellate Procedure and Sixth Circuit Rules are available at www.ca6.uscourts.gov. If you still have questions after reviewing the information on the web site, please contact the Clerk's office before you file your brief.

Sincerely yours,

s/Kelly Stephens
Cathryn Lovely for Case Manager: Roy
Direct Dial No. 513-564-7016