# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 01/26/2026.

**Case Name:** USA v. Conrad Rockenhaus
**Case Number:** 25-1974

**Docket Text:**
ORDER filed : AFFIRMED Mandate to issue, pursuant to FRAP 34(a)(2)(C), decision not for publication. Helene N. White, Circuit Judge; John K. Bush, Circuit Judge and John B. Nalbandian, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Conrad Rockenhaus
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

**A copy of this notice will be issued to:**

Ms. Kaycee Berente
Ms. Kinikia D. Essix
Ms. Corinne M. Lambert